UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 21 2009

, Clerk of Court

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | 09-03282 |
|---|---|---|---|
| | | | |
| | | | |

This lawyer, who is admitted to the State Bar of **Texas**:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | ANDREW HAUT<br>KENNEDY LAW FIRM<br>HOUSTON, TX 77002<br>713-459-9278<br>TX 24067649 |
|---|---|

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Dated: 7/21/09 | Signed: *Andrew Haut* |

| COURT USE ONLY: The applicant's state bar reports their status as: **eligible to practice** |
|---|
| Dated: JUL 21 2009    Signed: _____ Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States Bankruptcy Judge