

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

ENTERED
08/20/2009

| | | |
|---|---|---|
| RANDY WILLIAMS,<br>CHAPTER 7 TRUSTEE OF POSITIVE<br>HEALTH MANAGEMENT, INC.<br>*Plaintiff,*<br><br>V.<br><br>PRIORITY HEALTHCARE L.L.C.,<br>KIMBERLY F. ZIEGLER<br>*Defendants.* | § § § § § § § § § § § | ADVERSARY NO. 09-03282 |

### ORDER SETTING HEARING ON MOTION FOR CONTEMPT FOR VIOLATION OF TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXPEDITED RELIEF

The Court has reviewed the Motion filed by Plaintiff Randy Williams, the Chapter 7 Trustee of Positive Health Management, Inc. ("***Trustee or Plaintiff***"") for Contempt for Violation of Temporary Restraining Order and Request for Expedited Relief against Defendants Priority Healthcare, L.L.C. and Kimberly F. Ziegler.

A hearing on the Motion is scheduled for August 26, 2009 at 4:00 p.m. in the United States Bankruptcy Court, Houston, Texas, 6th Floor in the Courtroom of Bankruptcy Judge Jeff Bohm. #17. Defendant Kimberly Ziegler is ordered to appear.

DATED: August 19, 2009.

THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE