



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/25/2009

| | | |
|---|---|---|
| IN RE:<br>POSITIVE HEALTH MANAGEMENT | § | CASE NO.<br>08-31630 |
| Debtor | § | Chapter 7 |

| | | |
|---|---|---|
| RANDY W. WILLIAMS, Chapter 7<br>Trustee of Positive Health<br>Management, Inc.<br>Plaintiff | §<br>§ | ADVERSARY NO.<br>09-03282 |
| vs | § | |
| PRIORITY HEALTHCARE, LLC,<br> et al<br>Defendant(s) | §<br>§<br>§ | |

### ORDER

The Motion (Bankruptcy Docket No. <u>48</u>) filed in this case is denied for the following reason(s):

1.   <u>XXXXX</u>   Failure to provide an order pursuant to Bankruptcy Local Rule 9013(h).

2.   _____   Failure to show cause why the relief requested should be granted.

3.   _____   Failure to give notice to the creditors and trustee per Bankruptcy Local Rule 9013(d).

4.   _____   Failure to add a line for date to be filled in and/or line for Judge's signature. (see web page for Judge Bohm www.txs.uscourts.gov)

Signed this <u>25</u><sup>TH</sup> day of November, 2009.

Jeff Bohm
United States Bankruptcy Judge